## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIVHAN ALLEN<br><br>                    PLAINTIFF,<br>V.<br><br>CAROUSEL CONSULTING SERVICES, INC., TITAN TOTS PRESCHOOL DAY NURSERY, CAROUSEL PRESCHOOL DAY NURSERY, INC., WORLD WRESTLING ENTERTAINMENT, INC. and JOYCE ABATE, individually<br><br>                    DEFENDANTS. | CIVIL ACTION NO.<br><br><br><br><br><br>FEBRUARY 5, 2008 |

## **COMPLAINT**

### **Jurisdiction**

1.      The jurisdiction of this Court is founded upon 28 U.S.C. § 1331, in that the action

arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e through 2000e-17, as

amended, and 28 U.S.C. § 1367.

### **Venue**

2.      Venue is proper in this district under 28 U.S.C. § 1391(b) in that a substantial

part of the events or omissions giving rise to Plaintiff's claims occurred in this district and

state.

**The Plaintiff**

3.      At all relevant times herein, the Plaintiff Shivhan Allen ("Plaintiff Allen") was an individual residing in the State of Connecticut.

4.      Plaintiff Allen is female.

**The Defendants**

5.      At all relevant times herein, the Defendant Carousel Consulting Services, Inc. ("Defendant Carousel Consulting") was a corporation organized and existing under the laws of the State of Connecticut, with a principal place of business at 107 Strawberry Hill Avenue, Norwalk, CT 06851.

6.      At all relevant times herein, the Defendant Carousel Preschool Day Nursery, Inc. ("Defendant Carousel Nursery") was a corporation organized and existing under the laws of the State of Connecticut, with a principal place of business at 23-25 France Street, Norwalk, CT 06851.

7.      At all relevant times herein, upon information and belief, World Wrestling Entertainment, Inc. ("Defendant World Wrestling") was a Connecticut corporation with a principal place of business at 1241 East Main Street, Stamford, CT 06902 and was doing business as Titan Tots Preschool Day Nursery.

2

8.     At all relevant times herein, upon information and belief, the Defendant Titan

Tots Preschool Day Nursery ("Defendant Titan Tots"), located at 126 Hamilton Avenue,

Stamford, CT 06902 was managed and/or operated by Defendant Carousel Consulting and/or

Defendant Carousel Preschool.

9.     At all relevant times herein, the Defendant Joyce Abate ("Defendant Abate")

was the president of Defendant Carousel Consulting.

### Facts

10.    Plaintiff Allen was hired by Defendant Carousel on or about April 11, 2006 in

the position of Assistant Teacher.

11.    At all times relevant herein, Plaintiff Allen was qualified and performed her job

satisfactorily.

12.    At all times relevant herein, Plaintiff Allen was supervised by Victoria Jergens,

an employee of Defendant Carousel Consulting, who in turn reported to Tara Abate,

Administrator of Defendant Titan Tots.

13.    In or around November, 2005, Plaintiff Allen became aware that she was

pregnant and immediately informed Defendant Carousel Consulting of the pregnancy.

14.    In or around December, 2005, Plaintiff Allen began to experience severe

3

complications with her pregnancy and subsequently accrued approximately fifteen (15) absences from work.  Each absence was supported by a physician's note which Plaintiff Allen forwarded to her supervisor, Victoria Jergens.

15.     On or about February 6, 2006, Plaintiff Allen's physician advised that she reduce her work schedule for the remainder of her pregnancy due to the severity of her pregnancy complications.

16.     Plaintiff Allen obtained a note from her physician supporting the need to reduce her work schedule and forwarded the note to Victoria Jergens on February 7, 2006.

17.     Plaintiff Allen was terminated by Defendant Carousel Consulting on February 7, 2006.

18.     On or about July 21, 2006 Plaintiff Allen filed a complaint against Defendant Titan Tots with the Connecticut Commission on Human Rights and Opportunities.  Defendant Carousel Consulting filed an answer to the Plaintiff Allen's complaint as the respondent on September 11, 2006.

19.     On January 22, 2008 the Connecticut Commission on Human Rights and Opportunities issued Plaintiff Allen a Release of Jurisdiction.

20.     On February 5, 2008 the Equal Employment Opportunity Commission issued

4

Plaintiff Allen a Notice of Right to Sue Defendant Titan Tots.

**FIRST COUNT**

1-20.    Paragraphs 1 through 20 are hereby made and incorporated as Paragraphs 1 through 20 of the First Count.

21.    Defendants willfully discriminated against Plaintiff Allen on the basis of her pregnancy in violation of Conn. Gen. Stat. § 46a-60(7) and § 46a-51(17).

22.    As a result of the Defendants' conduct and Abate's individual conduct in permitting Plaintiff's termination and condoning violation of Conn. Gen. Stat. § 46a-60(7), the Plaintiff Allen has suffered and continues to suffer damages.

**SECOND COUNT**

1-22.    Paragraphs 1 through 20 above are hereby made and incorporated as Paragraphs 1 through 20 of the Second Count.

23.    Defendants willfully discriminated against Plaintiff Allen on the basis of her sex in violation of Title VII of the Civil Rights Act of 1968, 42 U.S.C. 2000e-2, as amended.

24.    As a result of the Defendants' violation of Title VII of the Civil Rights Act of 1968, 42 U.S.C. 2000e-2, as amended, the Plaintiff Allen has suffered and continues to suffer

damages.

## **Request for Relief**

WHEREFORE, Plaintiff Allen prays this Court to:

a.      Assume jurisdiction of this action;

b.      Award Plaintiff compensatory damages as a result of the Defendants' willful violation of Title VII of the Civil Rights Act of 1964, as amended;

c.      Award Plaintiff back pay under Title VII of the Civil Rights Act of 1964, as amended;

d.      Award punitive damages;

e.      Award Plaintiff reinstatement under Title VII of the Civil Rights Act of 1964, as Amended;

f.      Award Plaintiff reasonable attorneys' fees under Title VII of the Civil Rights Act of 1964, as amended and Conn. Gen. Stat. § 46a-104;

g.      Award costs of this action;

h.      Award interest;

i.      Grant such other and further relief as may appear to this Court to be equitable,

just and proper.

### **Request for Trial by Jury**

The Plaintiff respectfully requests a trial by jury as to all claims to which she is entitled.

Dated at Stonington, Connecticut, this 5th day of February, 2008.

THE PLAINTIFF,
SHIVHAN ALLEN

By: _____
Michael E. Satti (Ct. 01311)
June Deptulski (Ct. 10183)
Michael E. Satti, Attorney at Law, LLC
107 Wilcox Road, Ste. 111
Stonington, CT 06378
(860) 536-1018
(860) 536-4094
jdeptulski@sattilaw.com
msatti@sattilaw.com
-Her Attorneys-